**JUDGE DANIELS**

08 CV 3349

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o PACIFIC
TRELLIS FRUIT
and
B.C. TREE FRUITS LTD.

       Plaintiffs,

   - against -

M/V EW SNOWDON (formerly M/V WHITE SUN), her engines, boilers, tackle, furniture, apparel, etc., *in rem*; EAST WIND HELLAS, S.A., EAST WIND GROUP, EW SNOWDON, LLC, OSTERREICHISCHER LLOYD SHIP MANAGEMENT LTD., and WHITE SUN SHIPPING COMPANY LTD., *in personam*.

       Defendants.
-----------------------------------------------------------------X

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



APR 04 2008
U.S.D.C. S.D. N.Y.
CASHIERS

NOW come plaintiffs, MUND & FESTER GMBH & CO.KG a/s/o PACIFIC TRELLIS FRUIT and B.C. TREE FRUITS LTD. and submit in duplicate their Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

MUND & FESTER GMBH & CO.KG is not a publicly traded company. PACIFIC TRELLIS FRUIT is not a publicly traded company. B.C. TREE FRUITS LTD. is not a publicly traded company.

Dated: New York, New York
      April 4, 2008
      228-31
      260-56

                                 Casey & Barnett, LLC
                                 Attorneys for Plaintiffs

                        By: _____
                               Gregory G. Barnett (GGB-3751)
                               317 Madison Avenue, 21st Floor
                               New York, New York 10017
                               (212) 286-0225