UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER et al.

        Plaintiffs,

- against -

M/V EW SNOWDON etc et al.

        Defendants
------------------------------------------------------------X

08 Civ. 3349 (GBD)

**REVISED NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs in regard to the Mund & Fester cause of action; and dismissed without prejudice and without costs in regard to the B.C. Tree Fruits, Ltd. cause of action, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      June 26, 2008
      260-56

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiffs

                    By: _/s/ Martin F. Casey_
                           Martin F. Casey (MFC-1416)
                           317 Madison Avenue, 21st Floor
                           New York, New York 10017
                           (212) 286-0225

SO ORDERED:  JUN 3 0 2008

_/s/ George B. Daniels_
U.S.D.J.
**HON. GEORGE B. DANIELS**